*Wednesday May 19, 1993*
## MISCELLANEOUS DISMISSALS

**93–834.** Hecker v. Norfolk & W. Ry. Co. *Marion County,* No. 9–92–40. Cause dismissed, on appellants' application for dismissal, effective May 17, 1993.